**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Tyrone Cook and Sheila Harris-Cook,** | : | **CIVIL ACTION LAW** |
| **Plaintiffs,** | : | **NO.: 2:22-CV-01513** |
| **v.** | : | **JURY TRIAL DEMANDED** |
| **Omega II, Inc. d/b/a Metaltech, Metaltech, Metaltech-Omega Inc. d/b/a Metaltech-Omega d/b/a Metaltech, Omega II, Inc., d/b/a Omega II Holding d/b/a Metaltech, Metal Tech (North America) Inc. d/b/a Metal Tech, and Omega II,** | : | |
| **Defendants** | : | |

## STIPULATION

It is hereby stipulated by and between counsel for plaintiffs, Tyrone Cook and Sheila Harris-Cook, and counsel for defendants, Metaltech-Omega, Inc., Omega II, Inc., d/b/a Metaltech, Metaltech, Omega II, Inc., d/b/a Omega II Holding, d/b/a Metaltech, Metal Tech (North America), Inc., d/b/a Metal Tech and Omega II as follows:

1. Defendants, Omega II, Inc., d/b/a Metaltech, Metaltech, Omega II, Inc., d/b/a Omega II Holding, d/b/a Metaltech, Metal Tech (North America), Inc., d/b/a Metal Tech and Omega II are hereby Dismissed from the Complaint with prejudice and should be removed from the caption.

2. The dismissal of the above-named defendants shall not effect the available insurance coverage relative to the claims in the Complaint against the currently named defendants including the remaining defendant, Metaltech-Omega, Inc.

3. All claims for and requests for punitive damages in the Complaint are stricken, without prejudice, with the agreement that if counsel for the plaintiffs wishes to request punitive damages, counsel must do so by filing a motion to amend the complaint by or before the court ordered end of fact discovery.

**MATTIACI LAW, LLC**

BY: ______________________ (6/8/22)

William J. Coppol, Esquire
1500 John F. Kennedy Blvd.
Suite 620
Philadelphia, PA 19102
215-614-6919
wjc@jminjurylawyer.com

**MARSHALL DENNEHEY WARNER COLEMAN AND GOGGIN**

BY: ______________________

Elizabeth A. Pope, Esquire
2000 Market Street, Suite 2300
Philadelphia, PA 19103
215-575-2599
eapope@mdwcg.com

By the Court:

______________________ J.

Date:

**CERTIFICATE OF SERVICE**

I, Elizabeth A. Underwood, Esquire hereby certify that I have served a copy of the foregoing Stipulation via electronic filing to all parties of record.

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

**BY:** ______________________________
ELIZABETH A. UNDERWOOD, ESQUIRE

Date: 6/9/2022